MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY  (CABN 229748)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: kevin.barry@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-0406 MMC |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME** |
| JIMMY ALEJANDRO JARQUIN, | ) | |
| Defendant. | ) | |

The Court has set November 14, 2012, as the date for a further status hearing or a change of plea in this matter.  The parties have engaged in settlement discussions and anticipate that they will resolve the case through a guilty plea.  The parties respectfully request that the hearing be put over two weeks, to November 28, 2012, for a change of plea.

The parties further request that time between these dates be excluded from any time limits applicable under 18 U.S.C. § 3161, for the purpose of effective preparation.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXCLUDING TIME
CR 12-0406 MMC, United States v. Jimmy Jarquin

SO STIPULATED:

MELINDA HAAG
United States Attorney

DATED: November 13, 2012          /s/
KEVIN J. BARRY
Assistant United States Attorney

DATED: November 13, 2012          /s/
BRIAN NEWMAN
Attorney for JIMMY JARQUIN

## [PROPOSED] ORDER

For the reasons stated above, the Court finds that exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from November 14, 2012 through November 28, 2012, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would affect continuity of counsel, resulting in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

Further, the status conference is CONTINUED from November 14, 2012 to November 28, 2012, at 2:15 p.m.

IT IS SO ORDERED.

DATED: November 14, 2012

THE HONORABLE MAXINE M. CHESNEY
United States District Judge