BRIAN A. NEWMAN for
OKABE & HAUSHALTER
225 Avenue I, Suite 201
Redondo Beach, California  90277
(310) 316-6622; Fax (310) 316-5511
email: jjnewbee@sbcglobal.net
CA State Bar #89975
MARK HAUSHALTER for
OKABE & HAUSHALTER
225 Avenue I, Suite 201
Redondo Beach, California  90277
(310) 543-7708; Fax (310) 316-2306
email: southbaylawyer.com
CA State Bar #208935
Attorneys for Defendant Jimmy Alejandro Jarquin

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:12-406-MMC |
| Plaintiff, | [PROPOSED] ORDER MODIFYING CONDITIONS OF BOND |
| vs. | |
| JIMMY ALEJANDRO JARQUIN, | |
| Defendant. | |

1

1  Pursuant to the Court's determination on November 28, 2012,
2  IT IS HEREBY ORDERED that the terms and conditions of bond for
3  Jimmy Alejandro Jarquin are hereby modified.  Specifically, the
4  drug testing provisions are hereby ~~terminated~~ modified, nunc pro tunc to
5  November 28, 2012, from mandatory drug testing to testing at the discretion of the pretrial
6  services officer if deemed appropriate.

8  IT IS FURTHER ORDERED that all other terms and conditions of
9  pretrial supervision remain in effect.
10  IT IS SO ORDERED.

12  Dated: January 4, 2013  _____
   THE HONORABLE MAXINE M. CHESNEY
   UNITED STATES DISTRICT JUDGE