1 BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney
2
DAVID R. CALLAWAY (CABN 121782)
3 Chief, Criminal Division

4 KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney
5
    450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
    Telephone: (415) 436-6840
7     FAX: (415) 436-7234
    Email: kevin.barry@usdoj.gov
8
Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13
14 UNITED STATES OF AMERICA,    ) NO. CR 12-0406 MMC
                                   )
15     Plaintiff,                )
                                   ) **NOTICE OF DISMISSAL**
16    v.                        )
                                   ) AND ORDER THEREON
17 JIMMY ALEJANDRO JARQUIN,    )
                                   )
18     Defendant.               )

19
20       With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California dismisses the indictment in the above action.

22
23 DATED: October 28, 2015                                Respectfully submitted,

24                                                            BRIAN J. STRETCH
25                                                            Acting United States Attorney

26                                                      _____/s/_____
                                                           KEVIN J. BARRY
27                                                           Assistant United States Attorney

28

NOTICE OF DISMISSAL AND [PROPOSED] ORDER
CR 12-0406 MMC, United States v. Jimmy Jarquin

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss the indictment, and the action is dismissed.

IT IS SO ORDERED.

DATED: October 28, 2015

_____
HON. MAXINE M. CHESNEY
United States District Judge

.

NOTICE OF DISMISSAL AND [PROPOSED] ORDER
CR 12-0406 MMC, United States v. Jimmy Jarquin    2